UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL SULLIVAN )<br>    *Plaintiff,* )<br>                  )<br>v.                  )<br>                  )<br>BARGAIN DISCOUNT STORES )<br>CORPORATION )<br>    *Defendants* ) | Civil Action No. 1:17CV-00037 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In the above-entitled cause it is agreed that the following entry be made:

Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties hereby stipulate and agree that all claims and counterclaims are dismissed with prejudice, without costs to any party, and with all rights of appeal waived.


MICHAEL SULLIVAN

/s/ Kathleen Nee
Kathleen Nee, Bar #9375
1 Turks Head Place, Suite 1440
Providence, RI 02903
401-453-5633
katie@neelawoffice.com


BARGAIN DISCOUNT STORES CORPORATION

By its Attorney,

/s/  John Bevilacqua
John Bevilacqua, Esq. Bar #0420
Bevilacqua & Bevilaqua, LLC
145 Phenix Avenue
Cranston, RI 02920
401-737-7444
john@bevlawfirm.com

June 16, 2017